EDWARD G. RIGGS et al., as Receivers of the REPUBLIC SAVINGS AND LOAN ASSOCIATION, Respondents, *v.* MYRON CARTER et al., Appellants.

*Riggs* v. *Carter*, 77 App. Div. 580, affirmed.
(Submitted January 28, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 18, 1902, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*W. F. Hickey* for appellants.

*G. D. B. Hasbrouck* and *Russell S. Johnson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.